THE PEOPLE OF THE STATE OF NEW YORK ex rel. D. A. SCHULTE, INC., Respondent, v. PAUL BANKSON, Assessor of the City of New Rochelle, New York, and WALTER J. BRENNAN and Others, Constituting the Board of Review of Said City, and Another, Appellants. (1935 Assessment.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. D. A. SCHULTE, INC., Respondent, v. PAUL A. BANKSON, Assessor of the City of New Rochelle, New York, and WALTER J. BRENNAN and Others, Constituting the Board of Review of Said City, and Another, Appellants. (1936 Assessment.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. D. A. SCHULTE, INC., Respondent, v. PAUL A. BANKSON, Assessor of the City of New Rochelle, New York, and WALTER J. BRENNAN and Others, as Members of and Constituting the Board of Equalization and Review of Said City, and Another, Appellants.

(1937–1938 Assessments.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. D. A. SCHULTE, INC., Respondent, v. PAUL A. BANKSON, Assessor of the City of New Rochelle, New York, and WALTER J. BRENNAN and Others, Constituting the Board of Review of Said City, and Another, Appellants. (1939 Assessment.) — Consolidated proceedings to review the assessments of respondent's property in the city of New Rochelle for the years 1935 to 1939, inclusive. The referee found the assessments erroneous by reason of overvaluation and reduced them. Order and judgment confirming the referee's report and reducing the assessments accordingly, directing correction of the assessment rolls and tax rolls, further directing the refund to relator of taxes paid in excess of what the taxes would have been if the assessments had been made as directed, and awarding relator judgment for its costs and disbursements as taxed, unanimously affirmed, with one bill of fifty dollars costs and disbursements. Appeal from decision dismissed, without costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.